THE PEOPLE OF THE STATE OF NEW YORK ex rel. TICK REALTY CORPORATION and BELLE SLIFKA, Respondents, v. THE CITY OF LONG BEACH, LOUIS F. EDWARDS, as Mayor, etc., Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABRAHAM SPIEGELGLASS, Respondent, v. THE CITY OF LONG BEACH and Others, Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS J. CELLA and Others, Respondents, v. THE CITY OF LONG BEACH and Others, Appellants. FIDELITY UNION TRUST COMPANY, etc., Respondent, v. THE CITY OF LONG BEACH and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

ROBERT RICHARDSON, an Infant, by FRANK A. RICHARDSON, His Guardian ad Litem, and Others, Plaintiffs, CATHERINE M. RICHARDSON and Another, Appellants, v. COUNTY OF NASSAU, N. Y., Respondent, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

KATE SCHMIDT and Another, Respondents, v. WILLIAM ENTENMANN, JR., Doing Business as ENTENMANN BAKERY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

JEROME SCHWARTZ, an Infant under the Age of 14 Years, by His Guardian ad Litem, DAVID SCHWARTZ, and DAVID SCHWARTZ, Appellants, v. RANDFORCE AMUSEMENT CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

3105 GRAND CORP., and LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK, as Trustee for Certificate Holders of BMG 180,496, Suing on Their Own Behalf and on Behalf of All Other Similarly Situated Persons, Trustees and Corporations, Respondents, Appellants, UNITED STATES FIDELITY AND GUARANTY COMPANY, Intervening Plaintiff, Respondent, Appellant, v. THE CITY OF NEW YORK, Respondent, 92–21 UNION HALL STREET, INC., Appellant, and JAMAICA NATIONAL BANK, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Adel, Taylor and Close, JJ.; Hagarty, J., not voting.

THOMAS A. HYDER, as Administrator, etc., of THOMAS A. HYDER, JR., Deceased, Plaintiff, v. SHERIDAN T. PALMER, Appellant, and ROBERT A. EHRLICH, Respondent.— In an action to recover damages for the wrongful death of plaintiff's intestate, order denying defendant Palmer's motion to dismiss the first and second separate defenses, cross-complaints and counterclaims contained in the answer of defendant Ehrlich, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.